FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JUL 14 PM 3: 15

MARGARET BOTKINS, CLERK
CASPER

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

REID RASNER,                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Civil Action No. 26-CV-00110-SWS
                                    )
MICHAEL LEONARD COOLEY, JR.,        )
                                    )
          Defendant.                )

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulated Motion to Dismiss, (ECF No. 12), and the Court being fully advised in the premises, hereby **ORDERS** the matter **DISMISSSED WITH PREJUDICE.**

DATED this ___14th___ day of July, 2026.

_____
The Honorable Scott W. Skavdahl,
U.S. District Court Judge